IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TUNE HUNTER INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-00051 |
| | § | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC et al. | § § § | |
| | § | |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
HTC AMERICA, INC. and HTC CORPORATION**

Having considered the Motion of Tune Hunter and Defendants' Samsung Telecommunications America, LLC, HTC America, Inc. and HTC Corporation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The claims and counterclaims made or that could have been made in this action by Tune Hunter Inc. ("Tune Hunter") and Defendants Samsung Telecommunications America, LLC ("Samsung"), HTC America, Inc. and HTC Corporation (collectively "HTC") relating to SoundHound music identification are dismissed with prejudice.  Any claims of Samsung or HTC relating to Tune Hunter or the patents at issue are dismissed without prejudice.

Having fully resolved the claims raised in the current litigation, the Court orders this case CLOSED.  Each party shall bear its own costs and attorneys fees.

The Clerk is ORDERED to close Case No. 2:14-cv-00051-JRG-RSP.

**SIGNED this 2nd day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE